Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60150.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 28428–K (Portland, Oreg.).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60151.**—W. X. Huber Co. *v.* United States, protest 63558–K (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60152.**—W. A. Ballinger & Co. and Joseph A. Paredes & Co. *v.* United States, protest 218916–K (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60153.**—W. A. Ballinger & Co. and Joseph A. Paredes & Co. *v.* United States, protests 234318–K, 240033–K, 245483–K, and 265535–K (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

BEFORE THE FIRST DIVISION, AUGUST 8, 1956

**No. 60154.**—Acme Imitation Stones, Ltd., and H. W. Robinson & Co., Inc., et al. *v.* United States, protests 259806–K, etc. (New York).